IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KRISTIE NICHOLE WOODWARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00923-O-BP |
| | § | |
| WALMART ECOMMERCE | § | |
| CUSTOMER CARE SERVICE | § | |
| CENTER, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 32), issued on July 14, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** the Rule 12(b)(6) Motion to Dismiss (ECF No. 23), filed on April 9, 2021, by Defendants Paige Williams, Brandon Gaines, and Patrice James and **DISMISSES with prejudice** Plaintiff's claims against these Defendants.

**SO ORDERED** on this **2nd** day of **August, 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE